UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

2000 JUL 25  P 4: 20

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

July 25, 2000

MEMORANDUM TO COUNSEL RE:   Mid-State Surety v. Madigan Construction, et al.
                            Case No. AMD 00-1037

   This is to inform you that the Court has scheduled an evidentiary hearing in the above titled case for Wednesday, September 6, 2000, at 3:00 p.m. The hearing will be held in courtroom 5B of the Courthouse. Please mark your calendars accordingly.

   Despite the informal nature of this ruling, it shall consitute an Order of Court, and the Clerk is directed to docket it accordingly.

                            Very truly yours,

                            ANDRE M. DAVIS
                            U.S. DISTRICT JUDGE
                            Andre M. Davis
                            United States District Judge

AMD:tt
cc: Court file