IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MID-STATE SURETY CORPORATION     *

    Plaintiff     *

v.     *    CIVIL ACTION NO. AMD-00CV1037

MADIGAN CONSTRUCTION CO., INC., et al. *

    Defendants     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Upon consideration of the Motion to Strike Appearance filed by F. Kirk Kolodner, Russell G. Alion, Jr., and Adelberg, Rudow, Dorf, Hendler & Sameth, LLC, and any response filed thereto, it is this ___14___ day of ___August___, 2000, by the United States District Court for the District of Maryland,

ORDERED, that the appearance of F. Kirk Kolodner, Russell G. Alion, Jr., and Adelberg, Rudow, Dorf, Hendler & Sameth, LLC, as counsel for Defendants, Madigan Construction Company, Inc., Paul W. Madigan, and Carolyn M. Madigan, be and the same is hereby STRICKEN.

                                         _____
                                         JUDGE

cc:     F. Kirk Kolodner, Esq.
        Russell G. Alion, Jr., Esq.
        Adelberg, Rudow, Dorf, Hendler & Sameth, LLC
        600 Mercantile Bank & Trust Bldg.
        2 Hopkins Plaza
        Baltimore, Maryland 21201-2927

        Patrick M. Pike, Esq.,
        Goldberg, Pike and Besche, P.C.
        2 E. Fayette Street, 2nd Floor
        Baltimore, Maryland 21202

080/mad-strk.ord/080900

cc: Thomas A. Baker, Esq.
Thomas A. Baker, P.A.
Suite 2402, Charles Center South
36 South Charles Street
Baltimore, Maryland 21201

Madigan Construction Company, Inc.
c/o Paul W. Madigan, President
211 Maitland Street, Suite 100
Bel Air, Maryland 21014

Mr. Paul W. Madigan
Ms. Carolyn M. Madigan
936 Glenangus Road
Bel Air, Maryland 21015

080/mad-strk.ord/080900