UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -1  P 3: 19

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

September 1, 2000

MEMORANDUM TO COUNSEL RE:  Mid-State Surety v. Madigan Construction, et al.
Case No. AMD 00-1037

    As you know, Circuit Judge Murnaghan passed away on yesterday. A memorial service is scheduled for Wednesday, September 6, 2000, at 5:00 p.m. As a former law clerk to Judge Murnaghan, I have been asked to speak at the memorial service. Thus, I must postpone the evidentiary hearing in this case scheduled for September 6, 2000, at 3:00 p.m.

    My secretary will contact you on Tuesday, September 5, 2000, to arrange a new date. I regret any inconvenience this may cause.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                     Very truly yours,

                                     Andre M. Davis
                                     United States District Judge

AMD:tt
cc: Court file