UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -8 P 5: 33

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

September 8, 2000

MEMORANDUM TO COUNSEL RE:   Mid-State Surety v. Madigan Construction, et al.
                            Case No. AMD 00-1037

   This is to confirm that the evidentiary hearing scheduled in the above titled case for Wednesday, September 6, 2000, at 3:00 p.m., has been **rescheduled** for Thursday, October 12, 2000, at 9:30 a.m. Please mark your calendars accordingly. The hearing will be held in courtroom 5B of the Courthouse.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                        Very truly yours,

                                        Andre M. Davis
                                        United States District Judge

AMD:tt
cc: Court file