IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION     *

    Plaintiff     *

v.     *     CIVIL ACTION NO.:
                                                                         AMD-00-CV-1037

MADIGAN CONSTRUCTION CO., INC.,   *
et al.
    *
    Defendants
    *

               *    *    *    *    *

## ORDER

WHEREAS, Plaintiff, Mid-State Surety Corporation has submitted a Motion for Leave to Amend the Complaint in the above-captioned case, it is ORDERED this 12TH day of Oct, 2000 that Plaintiff's Motion for Leave to Amend the Complaint is GRANTED.

                                                                _____
                                                                 Judge, United States District Court