IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| MID-STATE SURETY CORPORATION | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: AMD-00CV1037 |
| MADIGAN CONSTRUCTION CO., INC., et al. | * | |
| | * | |
| Defendants | * | |

\*   \*   \*   \*   \*

## ORDER

After an evidentiary hearing on Plaintiff, Mid-State Surety Corporation's ("Plaintiff") Motion for Preliminary Injunction and Deposit of Collateral against Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan (hereinafter, collectively, "Defendants"), and upon consideration of the briefs, oppositions, exhibits and other pleadings and papers filed in this matter by the parties, it is this 26th day of October, 2000,

**ORDERED,** that the Defendants, jointly and/or severally, shall deposit with, or provide to the Plaintiff, cash, securities, real property and/or personal property, or some combination thereof, in a form or forms reasonably acceptable to the Plaintiff (the "Collateral"), in the amount of, or equal in value to, Six Hundred Thousand Dollars ($600,000.00); and it is further

**ORDERED,** that Plaintiff shall hold the Collateral as full or partial security against loss, cost and expense recoverable pursuant to an Agreement of Indemnity executed by the Defendant; and it is further

**ORDERED,** that to the extent that any interests in real property, partnership property or other personal property are provided in compliance with this Order, appropriate instruments (e.g., indemnity deeds of trust, assignment of partnership interests, etc.) shall be provided by Defendants to the Plaintiff at the Defendants' expense; and it is further

**ORDERED,** that the Defendants shall pay the costs of any recordation or other fees and expenses in connection herewith, and the fees and expenses incurred by the Plaintiff in obtaining this Order.

**SO ORDERED.**



/s/ Andre M. Davis
The Honorable Andre M. Davis
United States District Judge