IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION     \*

    Plaintiff                               \*

v.                                          \*     CIVIL ACTION NO.: AMD-00CV1037

MADIGAN CONSTRUCTION CO., INC.,\*
et al.
                                         \*

    Defendants
                                         \*

                      \*    \*    \*    \*    \*

**ORDER**

        Upon the Joint Motion for Continuance of Trial and Modification of the Scheduling Order, it is this 29th day of March, 2001, by the United States District Court for the District of Maryland,

        ORDERED:

        1.     The trial previously scheduled in this matter for February of 2001 is continued, and shall be rescheduled by the Court to a date not sooner than November 1, 2001.

        2.     The parties shall, by procedures they shall jointly select, or by arbitration pursuant to the Arbitration Rules of the American Arbitration Association, settle, arbitrate or otherwise resolve all disputes arising out of and related to work of Madigan Construction Co., Inc. for the renovation of the Estep Bros. Funeral Homes, Inc. Upon resolution of this matter, the Court shall be notified so that appropriate matters may be incorporated into this Court's Final Decision in this dispute.

        3.     With respect to all other disputes between the parties, discovery shall be resumed, and must conclude by September 15, 2001.

4.  By September 30, 2001, the parties shall provide the Court with a joint status report. Based on that status report, the Court will schedule proceedings in this matter (but in no event shall a trial be scheduled earlier than November 1, 2001).

_____
Andre M. Davis
United States District Judge