IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION    *

    Plaintiff    *

v.    *    CIVIL ACTION NO.:
        AMD-00-CV-1037
MADIGAN CONSTRUCTION CO., INC.,    *
et al.
      *
    Defendants
      *

\*  \*  \*  \*  \*

## SHOW CAUSE ORDER FOR CONTEMPT

Whereas, Plaintiff, Mid-State Surety Corporation, has filed a Motion for Contempt and it appearing that Defendants Madigan Construction Company, Inc., Paul Madigan, and Carolyn Madigan, have failed to comply with this Court's Order of October 26, 2000, it is hereby ORDERED that:

1.    All Defendants are hereby subpoenaed to appear before this Court on April 12, 2001 at 11 a.m., in Courtroom 5D to show cause why this Court should not make a finding of Contempt; and

2.    Plaintiff shall personally serve a copy of this signed Order upon all Defendants.

_____
The Honorable Andre M. Davis
United States District Judge

