IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MID-STATE SURETY CORPORATION   *

    Plaintiff   *

v.   *

MADIGAN CONSTRUCTION CO., INC., et al

    Defendant   *   Civil Action No. AMD-00CV 1037

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION AND ORDER

Madigan Construction Co., Inc. moves for an Order extending the time to answer Mid-State's Motion for Summary Judgment on the following grounds:

1. Mid-State filed its Motion for Summary on April 26, 2001.

2. Madigan's counsel needs extra time to review and answer the Motion for Summary Judgment.

3. Counsel discussed time and agreed to May 18, 2001 to answer.

For cause shown and by agreement of the parties, it is hereby

**ORDERED**, that, unless and until this Court orders further, the time within which Madigan shall have to plead, answer or otherwise respond to Mid-State's Motion for Summary Judgment, shall be and hereby is extended up to and including May 18, 2001.

Dated: May 14, 2001

_____
Judge

_____
Thomas A. Baker
Thomas A. Baker, P.A.
Suite 2402, Charles Center South
36 South Charles Street
Baltimore, Maryland 21201
(410)332-1507

Attorney for Defendant,
Madigan Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the ___9th___ day of May, 2001, a copy of the foregoing Motion and Order was mailed, postage prepaid to:

Patrick M. Pike, Esquire
Goldberg, Pike & Besche, P.C.
Two East Fayette Street
Baltimore, Maryland 21202

Attorney for Plaintiff,
Mid-State Surety Corporation

_____
Thomas A. Baker

7337-007.023