IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION　*

    Plaintiff　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　*　　CIVIL ACTION NO.:
　　　　　　　　　　　　　　　　　　　　AMD-00-CV-1037
MADIGAN CONSTRUCTION CO., INC.,　*
et al.
　　　　　　　　　　　　　　　　　*
    Defendants
　　　　　　　　　　　　　　　　　*

　　　　　　　*　　*　　*　　*　　*

## ORDER

Whereas, Mid-State Surety Corporation, Plaintiff, has submitted a Motion for Summary Judgment as to Counts II and IV in the above-captioned matter, accordingly, it is this ____ day of _____, 2001, by the United States District Court for the District of Maryland, ORDERED, that

1.　Plaintiff's Motion for Summary Judgment as to Counts II and IV is GRANTED; and

2.　Defendants, jointly and/or severally, shall deposit with, or provide to the Plaintiff, cash, securities, real property and/or personal property, or some combination thereof, in a form or forms reasonably acceptable to the Plaintiff (the "Collateral") in the aggregate amount of or equal in value to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

One Million Dollars ($1,000,000.00)

3. Plaintiff shall hold the Collateral as full or partial security against loss, cost and expense recoverable pursuant to a General Agreement of Indemnity executed by the Defendants; and

4. To the extent that any interests in real property, partnership property or other personal property are provided in compliance with this Order, appropriate instruments (e.g., indemnity deeds of trust, assignment of partnership interests) shall be provided by Defendants to the Plaintiff at the Defendants' expense; and

5. The Defendants shall pay the costs of any recordation or other fees and expenses in connection herewith, and the attorneys' fees and costs incurred by the Plaintiff in obtaining this Order.

_____
Andre M. Davis
United States District Judge