IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| MID-STATE SURETY CORPORATION | * | |
| | * | CIVIL ACTION NO.: AMD-00CV1037 |
| Plaintiff | * | |
| v. | * | |
| MADIGAN CONSTRUCTION CO. INC., et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Kindly enter the appearance of BRIAN S. JABLON, and SALTZMAN & JABLON, LLC, as counsel for Defendants, MADIGAN CONSTRUCTION CO., INC., et al., with regard to the above-captioned case. Please also strike the appearance of Thomas A. Baker as counsel for the Defendants.

_____
Brian S. Jablon (No. 11174)
SALTZMAN & JABLON, LLC
8156 Main Street
Ellicott City, Maryland 21043
Phone: (410) 313-8342
Attorney for Defendants

APPROVED
[signature]
8/7/2001

_____
Thomas A. Baker, Esquire
Thomas A. Baker, P.A.
36 South Charles Street, Suite 2402
Baltimore, Maryland 21201
Phone: (410) 332-1507
Attorney for Defendants

PLEAD\APPEMI01.MAD