## SALTZMAN & JABLON, LLC
### ATTORNEYS AT LAW

Oren D. Saltzman*
Brian S. Jablon*

*Also admitted in the
District of Columbia

8156 Main Street
Ellicott City, Maryland 21043
Telephone: 410-313-8342
Fax: 410-750-2697
e-mail: sjlawllc@aol.com
www.saltzmanandjablonlaw.com

Severna Park Office:
302 Ritchie Highway
Severna Park, Maryland 21146
(410) 544-3588

Towson Office:
402 W. Pennsylvania Avenue
Towson, Maryland 21204

☒ Reply to Ellicott City Office

September 6, 2001

The Honorable Andre M. Davis
United States District Court
of the District of Maryland
101 W. Lombard Street, 5th Floor
Baltimore, MD 21201

Re:   Mid-State Surety Corporation v.
      Madigan Construction Co., Inc., et al.
      Civil Action No.: AMD-00CV1037

Dear Judge Davis:

   I recently entered my appearance as counsel for the defendant's in the above-referenced case. I have met with plaintiff's counsel, Mr. Pike, and the parties have now produced documents and my client has responded to Interrogatories recently filed. The parties have agreed to take the deposition of the principals, but due to the schedules of counsel, we will be unable to complete the deposition by the discovery deadline.

   Accordingly, we respectfully request that the discovery deadline be extended until November 1, 2001. Mr. Pike, on behalf of plaintiff, has agreed to this extension.

APPROVED
9/7/2001

Respectfully submitted,

Brian S. Jablon

BSJ/dvs
cc:   Patrick M. Pike, Esq.

LETTERS\JUDGMI01.MAD