# SALTZMAN & JABLON, LLC
## ATTORNEYS AT LAW

Oren D. Saltzman*
Brian S. Jablon*

*Also admitted in the
District of Columbia

8156 Main Street
Ellicott City, Maryland 21043
Telephone: 410-313-8342
Fax: 410-750-2697
e-mail: sjlawllc@starpower.net
www.saltzmanandjablonlaw.com

Severna Park Office:
302 Ritchie Highway
Severna Park, Maryland 21146
(410) 544-3588

Towson Office:
402 W. Pennsylvania Avenue
Towson, Maryland 21204

☒ Reply to Ellicott City Office

October 11, 2001

The Honorable Andre M. Davis
United States District Court
of the District of Maryland
101 W. Lombard Street, 5th Floor
Baltimore, MD 21201

   Re:   Mid-State Surety Corporation v.
         Madigan Construction Co., Inc., et al.
         Civil Action No.: AMD-00CV1037

Dear Judge Davis:

   I write once again with respect to the discovery deadline with regard to the above-referenced case. As a result of some health problems, I have been unable to take scheduled depositions in the case this week. I have spoken with Mr. Pike and he has graciously agreed to an extension of the discovery deadline until December 1, 2001.

   Accordingly, the parties respectfully request that the discovery deadline be extended until December 1, 2001. Thank you for Your Honor's consideration in this regard.

Very truly yours,

Brian S. Jablon

BSJ/nrb
cc:   Patrick M. Pike, Esq.

LETTERS\JUDGMI01.MAD