# GOLDBERG, PIKE & BESCHE, P.C.

ATTORNEYS AT LAW
TWO EAST FAYETTE STREET
BALTIMORE, MARYLAND 21202
TELEPHONE: 410-539-1004
FAX: 410-539-2392

HOWARD G. GOLDBERG*
PATRICK M. PIKE†
DEBORAH K. BESCHE*
SHARON K. ENGELHARD*

ROBIN G. BANKS
FABRIZIO A. ROMAN
MICHAEL A. SIMPSON*
  OF COUNSEL
WILLIAM COLONNA III

* ALSO MEMBER DISTRICT OF COLUMBIA BAR
† ALSO MEMBER NEW YORK BAR



RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS

NOV 26

UNITED STATES DISTRICT COURT

November 21, 2001

The Honorable Andre M. Davis
United States District Court
 for the District of Maryland
Room 520, 5th Floor
101 W. Lombard Street
Baltimore, Maryland 21201

Re;   Mid-State Surety Corporation v. Madigan Construction Co., Inc., et al.
      Civil Action No.: AMD-00CV1037

Dear Judge Davis:

   I am counsel for the Plaintiff, Mid-State Surety Corporation. I am writing this letter on behalf of myself, and Brian Jablon, Esquire, counsel for the Defendants, Madigan Construction Co., Inc., and Paul and Carolyn Madigan.

   We are writing, jointly, to request a final extension in the discovery deadline. Due to various unavoidable circumstances, including change of counsel, health problems, etc., we have previously agreed, with the Court's indulgence, to several prior modifications in the discovery deadline. At this time, the parties respectfully request a final extension in the discovery deadline until February 22, 2002.

   Plaintiff filed a Motion for Summary Judgment in this matter on or about October 26, 2001, and Defendants filed an Opposition on November 13, 2001. In view of the parties' request for a final extension in the discovery deadline, and with the Court's agreement, the parties would also like to stipulate that the Defendants may supplement their Opposition, and the Plaintiff may file a Reply or Response, at any time through and including March 22, 2002.

   Thank you for your patience and assistance.

Respectfully,

Patrick M. Pike

APPROVED
[signature]
11/24/2001

PMP/dz
cc:   Brian S. Jablon, Esquire