# GOLDBERG, PIKE & BESCHE, P.C.

ATTORNEYS AT LAW
TWO EAST FAYETTE STREET
BALTIMORE, MARYLAND 21202
TELEPHONE: 410-539-1004
FAX: 410-539-2392

HOWARD G. GOLDBERG*
PATRICK M. PIKE†
DEBORAH K. BESCHE*
SHARON K. ENGELHARD*

ROBIN G. BANKS
FABRIZIO A. ROMAN
MICHAEL A. SIMPSON*
  OF COUNSEL
WILLIAM COLONNA III

* ALSO MEMBER DISTRICT OF COLUMBIA BAR
† ALSO MEMBER NEW YORK BAR

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 20  P 4: 18

AT BALTIMORE
_____ DEPUTY

February 20, 2002

**VIA HAND DELIVERY**

The Honorable Andre M. Davis
United States District Court
 for the District of Maryland
Room 520, 5th Floor
101 W. Lombard Street
Baltimore, Maryland 21201

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

FEB 2 0 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re;   Mid-State Surety Corporation v. Madigan Construction Co., Inc., et al.
      Civil Action No.: AMD-00CV1037

Dear Judge Davis:

The discovery deadline in this case is currently set for this Friday, February 22, 2002. The parties have completed all discovery, with the exception of the previously noted deposition *duces tecum* of Defendant, Paul Madigan.

At the conclusion of Defendants' discovery, Plaintiff, Mid-State Surety Corporation made a settlement proposal. The Defendants' are currently considering that proposal in light of the facts disclosed through discovery. The parties have agreed, subject to this Court's approval, to delay taking Mr. Madigan's deposition in order to avoid further expense, and to allow the Defendants to consider and respond to Plaintiff's settlement proposal.

In view of the foregoing, the parties hereby jointly request leave to conclude the deposition *duces tecum* of Mr. Madigan, should it be necessary, beyond the discovery deadline.

Thank you for your consideration.

Respectfully,

Patrick M. Pike

APPROVED
[signature]
2/20/2002

PMP/dz
cc:   Brian S. Jablon, Esquire