UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

July 29, 2002

FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUL 29 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND
                                    DEPUTY

MEMORANDUM TO COUNSEL RE:          BY

Mid-State Surety Corp. v. Madigan Construction Co., Inc.
Civ. No. AMD 00-1037

   This will acknowledge Mr. Pike's letter/status report dated July 17, 2002. I must say, in all candor, I was quite surprised that, after the remarkable history of this case, including the entry of successor counsel for defendants, and what I am certain were counsels' best efforts to reach a settlement, the parties remain unable to compromise their differences in a manner acceptable to all.

   Accordingly, I am satisfied that ADR under the supervision of one of our Magistrate Judges is appropriate in this case. By separate order, I am denying the outstanding motion for partial summary judgment without prejudice to the reassertion of any such motion pursuant to a schedule to be entered upon the exhaustion of ADR proceedings.

   Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file