IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MID-STATE SURETY CORP., <br> Plaintiff | : <br> : <br> : | |
| v. | : | CIVIL NO. AMD 00-1037 |
| MADIGAN CONSTRUCTION CO, INC., et al., <br> Defendants | : <br> : <br> : | |

...oOo...

ORDER

Now pending are plaintiff's Motion for Summary Judgment as to Count I and defendants' Motion to Compel Discovery. The latter motion is now moot. Furthermore, despite the best efforts of the parties and their counsel to resolve this matter outside of judicial supervision, they have been unable to do so. Accordingly, the court is of the view that court-supervised ADR proceedings should be ordered in this case, to permit the parties a further opportunity to mediate their differences. Consequently, the dispositive motion shall be denied without prejudice to any party's right to file dispositive motions after court-supervised ADR has been exhausted.

It is, therefore, this 29th day of July, 2002, hereby ORDERED

(1)   That the Motion for Summary Judgment as to Count I (Paper No. 42) is DENIED WITHOUT PREJUDICE;

(2)   That the Motion to Compel Discovery (Paper No. 43) is DENIED AS MOOT;

(3)   That the Clerk shall TRANSMIT a copy of this Order to counsel for the parties.

ANDRE M. DAVIS
United States District Judge