**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF                                                                                                                           U.S. COURTHOUSE
ANDRE M. DAVIS                                                                                              101 W. LOMBARD STREET
UNITED STATES DISTRICT JUDGE                                                          BALTIMORE, MARYLAND 21201
                                                                                                              (410) 962-0801
                                                                                                           FAX (410) 962-0820

November 12, 2002

MEMORANDUM TO COUNSEL RE:

    Mid-State Surety Corporation v.
    Madigan Construction Co., Inc.
    <u>Civ. No. AMD 00-1037</u>

I have received notice from Judge Bredar that the mediation in this case was unsuccessful. Accordingly, the schedule for dispositive motions is as follows:

Plaintiff's Motion for Summary Judgment due December 13, 2002

Defendants' Opposition and Cross-Motion due January 10, 2003

Plaintiff's Opposition/Reply due February 7, 2003

Defendants' Reply due February 28, 2003

Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

                                                    Very truly yours,

                                                    Andre M. Davis
                                                    United States District Judge

AMD:tt