UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 13, 2003

MEMORANDUM TO COUNSEL RE:

Mid-State Surety Corp. v. Madigan Construction Co., Inc.
Civil No. AMD 00-1037

 I issued an order on November 12, 2002, setting a briefing schedule on dispositive motions. You have not filed any motions. I confess that I have a vague recollection that either you or Judge Bredar subsequently contacted my chambers to indicate that mediation had been restarted; my file does not contain a notation of that contact (if any such contact occurred), however. Accordingly, please submit a joint status report on or before January 29, 2003.

 Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt