April 11, 2003

**VIA ELECTRONIC FILING**

The Honorable Andre M. Davis
United States District Court for the District of Maryland
Room 520, 5th Floor
101 W. Lombard Street
Baltimore, Maryland  21201

      Re:    *Mid-State Surety Corporation v. Madigan Construction Co., Inc., et al.*
               Civil Action No.:  AMD-00CV1037

Dear Judge Davis:

      I am counsel to the Plaintiff, Mid-State Surety Corporation ("Mid-State").  I am also writing on behalf of Brian Jablon, Esquire, attorney for Defendants, Madigan Construction Company, Inc. and Paul and Carolyn Madigan ("Defendants").

      In the parties' joint status report of January 29, 2003, we advised the Court that while we were continuing settlement negotiations, Mid-State was also renewing its outstanding Motion for Summary Judgment.  Unfortunately, the parties' attempts at settlement have failed.  In addition, given the allegations in the Defendants' Opposition to the Motion for Summary Judgment, it is clear that factual disputes exist, making resolution of this matter by summary judgment impossible.

      There is no current Scheduling Order in place.  The parties have conducted extensive discovery, although some relatively minor discovery remains to be completed (e.g., the conclusion of several depositions and the production of some remaining documents).  Given the foregoing, the parties jointly request a trial date.

                                      Respectfully,

                                      Patrick M. Pike

PMP/dz
cc:    Brian S. Jablon, Esquire
        B. Michael Bowen
        Edward Schonberg, Esquire
        Deborah J. Polino