**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

<u>Northern Division</u>
320 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201
Tel 410-962-3190
Fax 410-962-3177

May 8, 2003

<u>Southern Division</u>
200 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD  20770
Tel 301-344-0052
Fax 410-344-3888

Patrick M. Pike, Esq.
GOLDBERG PIKE & BESCHE, PC
101 N. Charles Street, 2nd Floor
Baltimore, MD  21201

Brian S. Jablon, Esq.
SALTZMAN & JABLON, LLC
3201 Rogers Avenue, Suite 301
Ellcott City, MD  21043

    Re:  Mid-State Surety Corp. v. Madigan Construction
         <u>Civil No. RDB 00-1037</u>

Dear Counsel:

    This letter will memorialize the schedule set during our telephone conference this morning.

        Discovery deadline.........Sept. 30, 2003

        Status report due............Sept. 30, 2003

        All motions due...........   ..Oct. 31, 2003

        Pretrial conference..........Jan. 20, 2004
                at 9:30 a.m. in Baltimore

        Requested voir dire and jury instructions
         due at the pretrial conference.

        Trial tentatively scheduled to begin
        Feb. 2, 2004 at 10:00 a.m. in Baltimore
        (2 week jury), but counsel are to hold
        in reserve the entire month of  February,
        2004.

    Although informal in format, this letter constitutes a order of court and the same will be docketed and filed as such.

                Very truly yours,

                /s/

                Richard D. Bennett
                United States District Judge

RDB/skp