IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| MID-STATE SURETY CORPORATION | * | |
| | * | CIVIL ACTION NO.: AMD-00CV1037 |
| Plaintiff | * | |
| v. | * | |
| MADIGAN CONSTRUCTION CO. INC., et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND CERTIFICATE FOR WITHDRAWAL OF APPEARANCE**

Brian S. Jablon and Saltzman and Jablon, LLC, attorneys named on behalf of the Defendants, MADIGAN CONSTRUCTION CO., INC., PAUL W. MADIGAN and CAROLYN M. MADIGAN, in the above-captioned case, respectfully move, pursuant to Local Rule 101, for leave of Court for withdrawal of their appearance as counsel on behalf of said Defendants, and do hereby certify:

1.  The names and last known addresses of our clients in this case are: Madigan Construction Company, Inc., Maitland Professional Building, Suite 100, 221 Maitland Street, Bel Air, MD 21014; Paul W. Madigan, Maitland Professional Building, Suite 100, 221 Maitland Street, Bel Air, MD 21014; and Carolyn M. Madigan, Maitland Professional Building, Suite 100, 221 Maitland Street, Bel Air, MD 21014; and

1

2. Not less than five (5) days prior to the filing of this Motion, Counsel sent via facsimile and first class mail a notice of our intention to withdraw our appearance to our clients. Said notice advised Madigan Construction Co., Inc. to have new counsel enter an appearance or be subject to default judgment. Said notice further advised Paul W. Madigan and Carolyn M. Madigan to have new counsel enter an appearance or to advise the Clerk of their intention to proceed in proper person.

We respectfully request that this Honorable Court grant the relief requested herein, since granting this Motion to Withdraw as Counsel will not cause undue delay of these proceedings, prejudice or injustice to any party to this action.

Respectfully submitted,

Brian S. Jablon #11174
Saltzman & Jablon, LLC
3201 Rogers Avenue, Suite 301
Ellicott City, Maryland 21043
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of _____, 2003, a copy of the foregoing pleading was mailed, postage pre-paid, to Defendants, Paul W. Madigan, Madigan Construction Company, Inc., Maitland Professional Building, Suite 100, 221 Maitland Street, Bel Air, MD 21014; Carolyn M. Madigan,

3

Maitland Professional Building, Suite 100, 221 Maitland Street, Bel Air, MD 21014 and Madigan Construction Company, Inc., Maitland Professional Building, Suite 100, 221 Maitland Street, Bel Air, MD 21014.

_____
Brian S. Jablon

PLEAD\APPSMI01.MAD