IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

MID-STATE SURETY CORPORATION :

      v.                      :   CIVIL NO. RDB 00-1037

MADIGAN CONSTRUCTION CO.,    ;
INC., et al.

                             :

## ORDER OF WITHDRAWAL OF COUNSEL

Counsel for the Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan, having complied with the requirements of Local Rule 101.2.a., D. Md., for leave of Court to withdraw their appearance and having supplied the name and last known address of the Defendants and verification of written notice;

IT IS HEREBY ORDERED this 11th day of July, 2003, that leave of Court is GRANTED and the appearance of defense counsel is withdrawn in this case.

/s/_____
Richard D. Bennett
United States District Judge