September 30, 2003

**VIA E-FILING AND**
**FACSIMILE – (301) 344-3888**

The Honorable Richard D. Bennett
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

>    Re:   *Mid-State Surety Corporation v. Madigan Construction Co., Inc., et al.*
>           Civil Action No.:  AMD-00CV1037
>           Our File:  0850

Dear Judge Bennett:

     I am counsel to Plaintiff, Mid-State Surety Corporation ("Mid-State").  Please accept this letter as Mid-State's status report pursuant to the Court's Order of May 8, 2003.

     Since the withdraw of counsel for Defendants, Madigan Construction Company, Inc., Paul W. Madigan and Carolyn M. Madigan ("Defendants") in or about July of 2003, counsel for Mid-State has been unable to complete all of the discovery as previously arranged with the Defendants' former counsel.  For example, counsel had agreed, and had exchanged proposed dates to complete the deposition of Defendants' designee.  Since the withdraw of counsel, this has not occurred.

     Notwithstanding the current, incomplete status of discovery, Mid-State may file a motion for summary judgment on or before the "motions deadline" of October 31, 2003.  Mid-State is anxious to terminate this action and, accordingly, requests that the current trial date of February, 2004 remain in place.  Counsel for Mid-State respectfully requests, however, that if the need arises, the Court entertain a motion by Mid-State to conclude limited discovery at a later date.  Given the fact that the Pre-Trial Conference is

The Honorable Richard D. Bennett
United States District Judge
September 30, 2003
Page 2 of 2

scheduled for January 20, 2004, counsel for Mid-State respectfully suggests that there would be ample time to conduct limited discovery between the motions deadline and Pre-Trial Conference if the need arises.

                                                Respectfully,

                                                Patrick M. Pike

PMP/dz
cc:    Madigan Construction Company, Inc.
        Paul W. Madigan
        Carolyn M. Madigan