IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION     *

    Plaintiff     *

v.     *     CIVIL ACTION NO.: AMD-00CV1037

MADIGAN CONSTRUCTION CO., INC.,     *
et al.
    *

    Defendants

\*    \*    \*    \*    \*

### PLAINTIFF, MID-STATE SURETY CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Mid-State Surety Corporation ("Mid-State"), by its attorneys, Patrick M. Pike, Michael A. Simpson, and Goldberg, Pike & Besche, P.C., and pursuant to Fed. R. Civ. P. 56, moves for summary judgment as to Count I of the Amended Complaint against Defendants, Madigan Construction Company, Inc. ("Madigan Construction"), Paul W. Madigan and Carolyn M. Madigan (hereinafter, the Defendants are referred to, collectively, as the "Indemnitors"), jointly, severally and individually, and in support thereof, states:

1.     As set forth in Mid-State's Memorandum of Law in Support of Motion for Summary Judgment (the "Memorandum"), and based upon the prior stipulations of the parties, admitted documents and trial exhibits, the admissions of the Indemnitors pursuant to Fed. R. Civ. P. 36, Exhibits 1 through 8 to the Memorandum and the Affidavit of B. Michael Bowen, there is no genuine issue as to any material fact, and Plaintiff, Mid-State, as the moving party, is entitled to judgment as a matter of law. Specifically, the Court has previously found, and/or the parties have previously stipulated that:

    (a)    The Indemnitors executed a General Agreement of Indemnity (the "Indemnity Agreement") in favor of Mid-State. The Indemnity Agreement requires the Indemnitors, jointly and severally, to reimburse and indemnify Mid-State for, and hold it harmless against all loss, cost and expense incurred as a result of the issuance by Mid-State of performance and payment bonds (the "Bonds") on behalf of Madigan Construction, as principal, in connection with various construction projects.

    (b)    The parties have stipulated that Madigan Construction was terminated for default, or voluntarily abandoned all of the construction contracts referenced in the Amended Complaint, the Memorandum and this Motion.

    (c)    The parties have stipulated that Mid-State issued the Bonds on all of the relevant projects.

2.    The parties have stipulated that various owners, subcontractors and suppliers made claim against Mid-State pursuant to the Bonds. The Affidavit of B. Michael Bowen sets forth the process by which such claims were analyzed, evaluated, adjusted and paid.

3.    Mid-State filed two Requests for Admissions. The Indemnitors did not respond to either set of Requests for Admissions. Accordingly, pursuant to Fed. R. Civ. P. 36, the Indemnitors have admitted that the aggregate amount of loss, cost and expense paid by Mid-State, in connection with the issuance of Bonds on behalf of Madigan Construction, is in the amount of $3,270,943.44 (the "Aggregate Loss"). Further, the Indemnitors have admitted that all payments were made in good faith, that the amount of each payment was reasonable, and that

Mid-State was not motivated by any improper purpose in making any of the payments comprising the Aggregate Loss.

   4.  Pursuant to the Affidavit of B. Michael Bowen, it is undisputed that Mid-State recovered the sum of $2,006,376.58 from Project owners in mitigation of payments made pursuant to the Bonds.

   5.  Given the foregoing, it is undisputed that Mid-State's net loss is in the amount of $1,264,566.86.

   WHEREFORE, Plaintiff, Mid-State Surety Corporation, demands summary judgment against Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan, joint, severally, and individually, in the amount of One Million Two Hundred Sixty Four Thousand Five Hundred Sixty Six Dollars and Eighty Six Cents ($1,264,566.86), and for such other and further relief as justice requires.

                _____
                 Patrick M. Pike, Trial Bar: M04750
                 Michael A. Simpson, Trial Bar: 26091
                 Goldberg, Pike & Besche, PC
                 100 S. Charles Street
                 Tower II, Suite 1001
                 Baltimore, MD 21201
                 (410) 468-1362

                 Attorneys for Mid-State Surety Corporation

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY this ___ day of October, 2003, that copies of Plaintiff, Mid-State Surety Corporation's Motion for Summary Judgment, Memorandum in Support thereof, Exhibits and proposed Order were sent by first class mail, postage prepaid, to:

Madigan Construction Company, Inc.
c/o Paul W. Madigan, President
211 Maitland Street, Suite 100
Bel Air, Maryland 21014

Madigan Construction Company, Inc.
c/o Paul W. Madigan, President
936 Glenangus Road
Bel Air, Maryland 21015

Madigan Construction Company, Inc.
c/o Paul W. Madigan, President
1008 Bernadette Drive
Forest Hill, Maryland 21050

Paul W. Madigan
1008 Bernadette Drive
Forest Hill, Maryland 21050

Paul W. Madigan
936 Glenangus Road
Bel Air, Maryland 21015

Carolyn M. Madigan
936 Glenangus Road
Bel Air, Maryland 21015

Carolyn M. Madigan
1008 Bernadette Drive
Forest Hill, Maryland 21050

_____
Patrick M. Pike   Trial Bar:  M04750