IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION　　*

　　Plaintiff　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　*　　CIVIL ACTION NO.:  AMD-00CV1037

MADIGAN CONSTRUCTION CO., INC.,　*
et al.
　　　　　　　　　　　　　　　　　　*

　　Defendants
　　　　　　　　　　　　*　　*　　*　　*　　*

### ORDER

Upon consideration Plaintiff, Mid-State Surety Corporation's Motion for Summary Judgment, the Memorandum in Support of the Motion for Summary Judgment, the Exhibits attached thereto, the stipulations and exhibits previously entered into evidence in this matter, the Affidavit of B. Michael Bowen, the Admissions of the Defendants pursuant to Fed. R. Civ. P. 36, and any hearing in connection herewith, it is this ___ day of _____, 2003,

ORDERED, that summary judgment is entered in favor of Plaintiff, Mid-State Surety Corporation, and against Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan, jointly, severally and individually, in the amount of One Million Two Hundred Sixty Four Thousand Five Hundred Sixty Six Dollars and Eighty Six Cents ($1,264,566.86).

_____
The Honorable Richard D. Bennett
United States District Judge