IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION    *

    Plaintiff    *

v.    *    CIVIL ACTION NO.: AMD-00CV1037

MADIGAN CONSTRUCTION CO., INC.,    *
et al.
        *
    Defendants
        *

\*  \*  \*  \*  \*

## STIPULATION OF FACTS

Plaintiff, Mid-State Surety Corporation, and Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan, through undersigned counsel, stipulate to the existence of the following facts:

### GENERAL AGREEMENT OF INDEMNITY

<u>Stipulation No. 1</u>:   On September 8, 1997, Madigan Construction Co., Inc. ("Madigan Construction"), Paul W. Madigan ("Mr. Madigan") and Carolyn M. Madigan ("Mrs. Madigan") (hereinafter, collectively, the "Indemnitors") executed an General Agreement of Indemnity. <u>Trial Exhibit No. 1</u> is an authentic, true and correct photocopy of the General Agreement of Indemnity.

### THE BONDS

<u>Stipulation No. 2</u>:   On or about September 9, 1997, Mid-State Surety Corporation ("Mid-State") issued a Performance Bond and a Labor and Material Payment Bond, both in the penal sum of $540,700.00, to Madigan Construction, as Principal, in connection with the Estep Brothers Funeral Homes, Inc. Project. <u>Trial Exhibits 2a and 2b</u> are authentic, true and



EXHIBIT 2

correct photocopies of the Performance and Labor and Material Payment Bonds referenced herein.

Stipulation No. 3: On or about June 10, 1994, Mid-State issued a Performance Bond and a Labor and Material Payment Bond, both in the penal sum of $1,269,000.00, to Madigan Construction, as Principal, in connection with the Maryland Transportation Authority, Police Facility at BWI Airport Project. Trial Exhibits 3a and 3b are authentic, true and correct photocopies of the Performance and Labor and Material Payment Bonds referenced herein.

Stipulation No. 4: On or about August 2, 1999, Mid-State issued a Performance Bond and a Labor and Material Payment Bond, both in the penal sum of $2,009,100.00, to Madigan Construction, as Principal, in connection with the Baltimore County Public Schools, Johnnycake and Shady Spring Elementary School Additions Project. Trial Exhibits 4a and 4b are authentic, true and correct photocopies of the Performance and Labor and Material Payment Bonds referenced herein.

Stipulation No. 5: On or about December 14, 1999, Mid-State issued a Performance Bond and a Labor and Material Payment Bond, both in the penal sum of $676,000.00, to Madigan Construction, as Principal, in connection with the Howard County Board of Education, Ilchester Elementary School Addition Project. Trial Exhibits 5a and 5b are authentic, true and correct photocopies of the Performance and Labor and Material Payment Bonds referenced herein.

Stipulation No. 6: On or about March 23, 1999, Mid-State issued a Performance Bond and a Labor and Material Payment Bond, both in the penal sum of $261,900.00, to Madigan Construction, as Principal, in connection with the Baltimore County Public Schools, Sparrows Point High School Magnet Program Modifications Project. Trial

Exhibits 6a and 6b are authentic, true and correct photocopies of the Performance and Labor and Material Payment Bonds referenced herein.

Stipulation No. 7: On or about May 25, 1999, Mid-State issued a Performance Bond and a Labor and Material Payment Bond, both in the penal sum of $304,000.00, to Madigan Construction, as Principal, in connection with the Baltimore County Public Schools, Renovation of Four Earth Science Classrooms at Kenwood High School Project. Trial Exhibits 7a and 7b are authentic, true and correct photocopies of the Performance and Labor and Material Payment Bonds referenced herein.

Stipulation No. 8: On or about April 1, 1999, Mid-State issued a Performance Bond and a Labor and Material Payment Bond, both in the penal sum of $478,360.00, to Madigan Construction, as Principal, in connection with the State of Maryland Crane Maintenance Building at the Seagirt Marine Terminal Project. Trial Exhibits 8a and 8b are authentic, true and correct photocopies of the Performance and Labor and Material Payment Bonds referenced herein.

## TERMINATION OR DEFAULT NOTICES

Stipulation No. 9: On November 6, 1998, Madigan Construction was terminated for default on the Estep Brothers Funeral Homes, Inc. Project. Trial Exhibit 9 is an authentic, true and correct photocopy of the Estep termination notice.

Stipulation No. 10: On July 7, 2000, the Maryland Aviation Administration informed Mid-State that Madigan Construction would not be allowed to complete outstanding punchlist work on the Police Facility at BWI Airport Project. Subsequently, Madigan did complete all or substantially all of the punchlist. Trial Exhibit 10 is an authentic, true and correct photocopy of the Maryland Aviation Administration's notice to Mid-State.

Stipulation No. 11: On March 15, 2000, the Baltimore County Public Schools terminated Madigan Construction's contract for the Johnnycake Elementary School Project. Trial Exhibit 11 is an authentic, true and correct photocopy of the Johnnycake termination notice.

Stipulation No. 12: On March 15, 2000, the Baltimore County Public Schools terminated Madigan Construction's contract for the Shady Spring Elementary School Project. Trial Exhibit 12 is an authentic, true and correct photocopy of the Shady Spring termination notice.

Stipulation No. 13: On June 16, 2000, the Howard County Public School System terminated Madigan Construction's contract for the Ilchester Elementary School Project. Trial Exhibit 13 is an authentic, true and correct photocopy of the Ilchester Elementary School termination notice.

Stipulation No. 14: On January 26, 2000, Baltimore County Public Schools terminated Madigan Construction's contract for the Kenwood High School Project. Trial Exhibit 14 is an authentic, true and correct photocopy of the Kenwood High School termination notice.

Stipulation No. 15: On July 7, 2000, the Maryland Port Administration terminated Madigan Construction's contract for the Crane Service Building Project. Trial Exhibit 15 is an authentic, true and correct photocopy of the Crane Service Building termination notice.

## TAKEOVER AGREEMENTS

Stipulation No. 16: On April 5, 2000, Mid-State and the Baltimore County Public Schools entered into a Takeover Agreement for the Renovation of Four Earth Science Classrooms at Kenwood High School Project. Trial Exhibit 16 is an authentic, true and correct photocopy of the Kenwood High School Takeover Agreement.

Stipulation No. 17: On May 31, 2000, Mid-State and the Baltimore County Public Schools entered into a Takeover Agreement for the Johnnycake and Shady Spring

Elementary Schools Additions Project. <u>Trial Exhibit 17</u> is an authentic, true and correct photocopy of the Johnnycake and Shady Spring Elementary Schools Takeover Agreement.

## SUMMARY OF PAYMENT BOND CLAIMS

### <u>Ilchester Elementary School</u>:

<u>Stipulation No. 18</u>: On June 6, 2000, Brundage-Bone & Blanchett, L.L.C. asserted a payment bond claim in the amount of $1,407.95 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>Composite Trial Exhibit 18</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 19</u>: On July 20, 2000, Environmental Alternatives, Inc. asserted a payment bond claim in the amount of $1,916.10 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>Composite Trial Exhibit 19</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 20</u>: On June 28, 2000, K-Line Supply Co., Inc. asserted a payment bond claim in the amount of $5,003.68 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>Composite Trial Exhibit 20</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 21</u>: On June 5, 2000, Kurek Concrete Construction Co. asserted a payment bond claim in the amount of $6,200.00 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>See Composite Trial Exhibit 21</u>.

<u>Stipulation No. 22</u>: On July 20, 2000, Lee Lumberjack Co. asserted a payment bond claim against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>Composite Trial Exhibit 22</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 23</u>: On June 27, 2000, Mid-Atlantic Welding & Fabrication, Inc. asserted a payment bond claim in the amount of $14,672.90 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. See <u>Composite Trial Exhibit 23</u>.

<u>Stipulation No. 24</u>: On June 21, 2000, Potomac Valley Brick and Supply Company asserted a payment bond claim in the amount of $13,890.92 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>Composite Trial Exhibit 24</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 25</u>: On June 23, 2000, Standard Supplies, Inc. asserted a payment bond claim in the amount of $49,809.62 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. See <u>Composite Trial Exhibit 25</u>.

<u>Stipulation No. 26</u>: On June 13, 2000, The Recycling Center, Inc. asserted a payment bond claim in the amount of $5,013.43 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>Composite Trial Exhibit 26</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 27</u>: On July 20, 2000, The Structural Slate Company, Inc. asserted a payment bond claim in the amount of $1,271.00 against Mid-State and Madigan Construction in connection with the Ilchester Elementary School Project. <u>Composite Trial Exhibit 27</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 28</u>: The total amount of payment bond claims asserted against Mid-State in connection with the Ilchester Elementary School Project is currently $103,600.63.

### Maryland Transportation Authority - Police Facility at BWI Airport Project:

Stipulation No. 29: On August 4, 2000, A.G. Mauro Company asserted a claim in the amount of $13,707.75 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. See Composite Trial Exhibit 28.

Stipulation No. 30: On May 1, 2000, ARC Construction Services, Inc. asserted a claim in the amount of $34,710.67 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. See Composite Trial Exhibit 29.

Stipulation No. 31: On July 26, 2000, Arundel Door Specialists asserted a claim in the amount of $5,990.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 30 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 32: On June 5, 2000, B&K Drywall asserted a claim in the amount of $20,420.89 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 31 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 33: On May 16, 2000, Christopher B. Miller Co., Inc. asserted a claim in the amount of $21,550.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 32 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 34: On June 28, 2000, DCW Contracting, Inc. asserted a claim in the amount of $16,442.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 33 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 35: On June 28, 2000, FRS Flooring, Inc. asserted a claim in the amount of $15,018.25 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 34 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 36: On July 20, 2000, Honeywell, Inc. asserted a claim in the amount of $53,000.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. See Composite Trial Exhibit 35.

Stipulation No. 37: On July 14, 2000, Horton Mechanical Contractors, Inc. asserted a claim in the amount of $190,503.48 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. See Composite Trial Exhibit 36.

Stipulation No. 38: On June 5, 2000, J.K. Tile Co., Inc. asserted a claim in the amount of $25,927.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 37 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 39: On July 20, 2000, Lee Lumberjack Company asserted a claim in the amount of $2,139.52 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite

Trial Exhibit 38 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 40: On June 6, 2000, Lee Technologies Group asserted a claim in the amount of $24,622.50 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 39 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 41: On March 22, 2000, Livingston Fire Protection asserted a claim in the amount of $33,915.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. See Composite Trial Exhibit.

Stipulation No. 42: On June 6, 2000, Maryland Iron, Inc. asserted a claim in the amount of $11,362.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. See Composite Trial Exhibit 41.

Stipulation No. 43: On June 28, 2000, McKinney Landscape asserted a claim in the amount of $1,284.41 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 42 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 44: On June 5, 2000, Metro Ready Mix, Inc. asserted a claim in the amount of $5,295.95 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 43 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 45: On July 17, 2000, Signs and Wonders asserted a claim in an unspecified amount against Mid-State and Madigan Construction in connection with the

Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 44 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 46: On July 13, 2000, Southern Maryland Metal Products, Inc. asserted a claim in the amount of $4,031.50 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 45 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 47: On May 15, 2000, Sunshine Electric, Inc. asserted a claim in the amount of $62,645.79 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 46 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 48: On May 11, 2000, T.L. Nelson, Inc. asserted a claim in the amount of $14,000.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 47 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 49: On May 17, 2000, The Eldersburg Building Supply Co., Inc. asserted a claim in the amount of $16,759.23 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 48 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 50: On July 3, 2000, The G-S Company asserted a claim in the amount of $17,665.00 against Mid-State and Madigan Construction in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. Composite Trial Exhibit 49 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 51: The total amount of payment bond claims asserted against Mid-State in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project is currently $594,990.27.

Stipulation No. 52: On August 4, 2000, the Maryland Aviation Administration provided Mid-State with a statement of its position regarding remaining contract balances in connection with the Maryland Transportation Authority Police Facility at BWI Airport Project. According to the Maryland Aviation Administration, after netting out claimed liquidated damages and backcharges, the remaining, available contract balance is $73,723.94. Madigan disputes these facts. Composite Trial Exhibit 50 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 53: Based upon the Maryland Aviation Administration's position regarding remaining contract balances, which is disputed by Madigan, the aggregate amount of payment bond claims (minus the "Signs and Wonders" claim) in the amount of $594,990.27 exceeds the contract balance remaining, according to the Maryland Aviation Administration, in the amount of $521,266.33.

### Johnnycake and Shady Spring Elementary Schools Additions Project:

Stipulation No. 54: On June 21, 2000, Brundage-Bone & Blanchett, L.L.C. asserted a claim in the amount of $1,021.39 against Mid-State and Madigan Construction in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project. Composite Trial Exhibit 51 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 55: On March 27, 2000, Colimore Clarke Associates asserted a claim in the amount of $23,188.13 against Mid-State and Madigan Construction in connection

11

with the Johnnycake and Shady Spring Elementary Schools Additions Project. Composite Trial Exhibit 52 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 56: On April 11, 2000, James Posey Associates, Inc. asserted a claim in the amount of $9,000.00 against Mid-State and Madigan Construction in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project. Composite Trial Exhibit 53 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 57: On July 11, 2000, Kurek Concrete Construction Company asserted a claim in the amount of $8,000.00 against Mid-State and Madigan Construction in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project. See Composite Trial Exhibit 54.

Stipulation No. 58: On July 20, 2000, Lee Lumberjack Company asserted a claim in the amount of $452.44 against Mid-State and Madigan Construction in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project. Composite Trial Exhibit 55 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 59: On April 19, 2000, Malstrom Electric asserted a claim in the amount of $2,173.50 against Mid-State and Madigan Construction in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project. Composite Trial Exhibit 56 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 60: On August 2, 2000, Marocco Construction asserted a claim in the amount of $3,880.40 against Mid-State and Madigan Construction in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project. Composite Trial Exhibit 57 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 61: On July 6, 2000, National Rent A Fence Company asserted a claim in the amount of $1,107.45 against Mid-State and Madigan Construction in connection

with the Johnnycake and Shady Spring Elementary Schools Additions Project. Composite Trial Exhibit 58 are authentic, true and correct photocopies of correspondence relevant to this claim.

Stipulation No. 62: On May 22, 2000, Spears Mechanical Contractors, Inc. asserted a claim in the amount of $24,754.74 against Mid-State and Madigan Construction in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project. See Composite Trial Exhibit 59.

Stipulation No. 63: The total amount of payment bond claims asserted against Mid-State in connection with the Johnnycake and Shady Spring Elementary Schools Additions Project is currently $73,578.05

### Sparrows Point High School Magnet Program Modifications Project:

Stipulation No. 64: On March 30, 2000, Alliance Electric Co., Inc. asserted a claim in the amount of $16,159.00 against Mid-State and Madigan Construction in connection with the Sparrows Point High School Magnet Program Modifications Project. See Composite Trial Exhibit 60.

Stipulation No. 65: On June 16, 2000, Baldwin Mechanical Contractors, Inc. asserted a claim in the amount of $8,670.00 against Mid-State and Madigan Construction in connection with the Sparrows Point High School Magnet Program Modifications Project. See Composite Trial Exhibit 61.

Stipulation No. 66: The total amount of payment bond claims asserted against Mid-State in connection with the Sparrows Point High School Magnet Program Modifications Project is currently $24,829.00.

### Estep Brothers Funeral Homes, Inc. Project:

Stipulation No. 67: On October 1, 1999, Seidman Glass Company asserted a claim in the amount of $720.00 against Mid-State and Madigan Construction in connection with

the Estep Brothers Funeral Homes, Inc. Project. <u>Composite Trial Exhibit 62</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 68</u>:   The total amount of payment bond claims asserted against Mid-State in connection with the Estep Brothers Funeral Homes, Inc. Project is currently $720.00.

### Crane Services Building at the Seagirt Marine Terminal Project:

<u>Stipulation No. 69</u>:   On July 20, 2000, Lee Lumberjack Company asserted a claim in the amount of $712.72 against Mid-State and Madigan Construction in connection with the Crane Services Building at the Seagirt Marine Terminal Project. <u>Composite Trial Exhibit 63</u> are authentic, true and correct photocopies of correspondence relevant to this claim.

<u>Stipulation No. 70</u>:   The total amount of payment bond claims asserted against Mid-State in connection with the Crane Services Building at the Seagirt Marine Terminal Project is currently $712.72.

### ESTIMATED COSTS

<u>Stipulation No. 71</u>:   Mid-State has retained Saguaro Construction, Inc. and Mr. Lyn R. Farley to act as completion contractors for the Johnnycake and Shady Spring Elementary Schools, and Renovation of Four Earth Science Classrooms at Kenwood School Projects.

<u>Stipulation No. 72</u>:   Mid-State has retained Saguaro Construction, Inc. and Mr. Lyn R. Farley to act as a claims consultants to assist Mid-State in resolving and adjusting claims with regard to the Ilchester Elementary School, Crane Services Building at the Seagirt Marine Terminal, Maryland Transportation Authority – Police Facility at BWI Airport, Johnnycake and Shady Spring Elementary Schools, Sparrows Point High School Magnet Program Modifications, Renovation of Four Earth Science Classrooms at Kenwood School and Estep Brothers Funeral Homes, Inc. Projects.

Stipulation No. 73: The Surety is currently out-of-pocket $361,720.61 on the Estep Project. Madigan disputes that the Surety incurred all of these costs properly or in good faith.

Stipulation No. 74: Mr. Farley projects the excess cost to complete the Johnnycake and Shady Spring Elementary Schools and Renovation of Four Earth Science Classrooms at Kenwood High School Projects to be $282,742.08.

Stipulation No. 75: Trial Exhibit 64 is a summary prepared by Mr. Farley indicating the actual, current net loss in the amount of $361,720.61 on the Estep Brothers Funeral Homes, Inc. Project, and projected, net losses in the amount of $282,742.08 on the Johnnycake and Shady Spring Elementary Schools, and Renovation of Four Earth Science Classrooms at Kenwood School Projects, and $103,600.63 on the Ilchester Elementary School Project.

Patrick M. Pike   Trial Bar: M04750
Goldberg, Pike & Besche, P.C.
Two East Fayette Street, 2nd Floor
Baltimore, Maryland 21202
(410) 539-1004

Attorneys for Mid-State Surety Corporation

Thomas A. Baker   Trial Bar:
36 South Charles Street
Suite 2402
Baltimore, Maryland 21201
(410) 332-1507

Attorney for Defendants