MID-STATE SURETY CORPORATION
v.
MADIGAN CONSTRUCTION COMPANY, et al.

USDC for MD

| TAB | DOCUMENT |
|---|---|
| 1 | General Agreement of Indemnity |
| 2A | Estep Performance Bond |
| 2B | Estep Payment Bond |
| 3A | BWI Performance Bond |
| 3B | BWI Payment Bond |
| 4A | Johnnycake and Shady Spring Performance Bond |
| 4B | Johnnycake and shady Spring Payment Bond |
| 5A | Ilchester Elementary Performance Bond |
| 5B | Ilchester Elementary Payment Bond |
| 6A | Sparrows Point High School Performance Bond |
| 6B | Sparrows Point High School Payment Bond |
| 7A | Kenwood High School Performance Bond |
| 7B | Kenwood High School Payment Bond |
| 8A | Seagirt Marine Terminal Performance Bond |
| 8B | Seagirt Marine Terminal Payment Bond |
| 9 | Estep Termination Letter of 11/06/98 |
| 10 | BWI Termination Letter of 07/07/00 |
| 11 | Johnnycake Termination Letter of 03/09/00 |
| 12 | Shady Spring Termination Letter of 03/09/00 |
| 13 | Ilchester Elementary School Termination Letter of 06/16/00 |
| 14 | Kenwood High School Termination Letter of 01/26/00 |
| 15 | Seagirt Marine Terminal Termination Letter of 07/07/00 |
| 16 | Takeover Agreement dated 04/05/00 between BCPS and Mid-State for Kenwood High School |

EXHIBIT 3

17   Takeover Agreement dated 05/31/00 between BCPS and Mid-State for Johnnycake and Shady Spring

18   Brundage-Bone & Blanchet, LLC Claim dated 06/06/00 for Ilchester Elementary

19   Environmental Alternatives, Inc. Claim dated 07/20/00 for Ilchester Elementary

20   K-Line Supply Co., Inc. Claim dated 06/28/00 for Ilchester Elementary

21   Kurek Concrete Construction Claim dated 06/05/00 for Ilchester Elementary

22   Lee Lumberjack co. Claim dated 07/20/00 for Ilchester Elementary

23   Mid-Atlantic Welding & Fabrication, Inc. Claim dated 06/27/00 for Ilchester Elementary

24   Potomac Valley Brick and Supply Co. Claim dated 06/21/00 for Ilchester Elementary

25   Standard Supplies, Inc. Claim dated 06/23/00 for Ilchester Elementary

26   The Recycling Center, Inc. Claim dated 06/13/00 for Ilchester Elementary

27   The Structural Slate Co. Claim dated 07/20/00 for Ilchester Elementary

28   The A.G. Mauro Claim dated 08/04/00 for BWI Airport

29   ARC Construction Services, Inc. Claim dated 05/08/00 for BWI Airport

30   Mid-State's Acknowledgement Letter dated 06/06/00 of Arundel Door Specialists, Inc.'s Claim for BWI Airport

31   B&K Drywall Claim dated 06/01/00 for BWI Airport

32   Christopher B. Miller Company Claim dated 05/16/00 for BWI Airport

33   DCW Contracting, Inc. Claim dated 06/28/00 for BWI Airport

34   FRS Flooring, Inc. Claim dated 06/28/00 for BWI Airport

35   Honeywell, Inc. Claim dated 07/20/00 for BWI Airport

36   Horton Mechanical Contractors, Inc. Claim dated 07/14/00 for BWI Airport

37   J.K. Tile Co., Inc. Claim dated 06/05/00 for BWI Airport

38   Mid-State's Letter dated 06/06/00 to Madigan regarding Lee Lumberjack Claim for BWI Airport

39   Sunshine Electric Purchase Order/Claim dated 2/5/00 for BWI Airport

| | |
|---|---|
| 40 | Livingston Fire Protection Claim dated 03/21/00 for BWI Airport |
| 41 | Maryland Iron, Inc. Claim dated 06/06/00 for BWI Airport |
| 42 | McKinney Landscaping, Inc. Claim dated 06/28/00 for BWI Airport |
| 43 | Metro Ready Mix, Inc. Claim dated 05/31/00 for BWI Airport |
| 44 | Signs and Wonders Claim dated 07/14/00 for BWI Airport |
| 45 | Southern Maryland Metal Products, Inc. Claim dated 07/13/00 for BWI Airport |
| 46 | Sunshine Electric, Inc. Claim dated 05/15/00 for BWI Airport |
| 47 | T.L. Nelson, Inc. Claim dated 05/03/00 for BWI Airport |
| 48 | The Eldersburg Building Supply Company Claim dated 05/10/00 for BWI Airport |
| 49 | The G-S Company Claim dated 06/28/00 for BWI Airport |
| 50 | GPB Letter to Thomas Baker, Esquire outlining outstanding aggregate claims, etc. on BWI Airport |
| 51 | Brundage-Bone & Blanchet, LLC Claim dated 06/06/00 for Shady Spring Elementary |
| 52 | Colimore Clarke Associates Claim dated 03/24/00 for Johnnycake/Shady Spring |
| 53 | James Posey Associates Claim dated 04/11/00 for Johnnycake/Shady Spring |
| 54 | Peter M. Kurek Concrete Construction Co. Claim (invoice) dated 03/31/00 for Shady Spring |
| 55 | Mid-State's Letter dated 06/22/00 to Madigan regarding Lee Lumberjack Claim for Shady Spring |
| 56 | Malstrom Electric (on Forcon letterhead) Claim dated 04/19/00 for Johnnycake/Shady Spring |
| 57 | Conditional Partial Release and Assignment dated 08/02/00 between Mid-State and Marocco Construction Company for Johnnycake/Shady Spring |
| 58 | Settlement Documents dated 07/13/00 between Mid-State and National Rent A Fence for Shady Spring |
| 59 | Mid-State's Letter dated 05/22/00 to Madigan regarding Spears Mechanical Contractors, Inc. Claim for Johnnycake/Shady Spring |

60   Alliance Electric co., Inc. Claim dated 03/30/00 for Sparrows Point and Kenwood High Schools

61   Baldwin Mechanical Contractors, Inc. Claim dated 06/16/00 for Sparrows Point High School

62   Seidman Glass Company Claim dated 10/01/99 for Estep Funeral Homes

63   Lee Lumberjack Co. Claim dated 07/20/00 or Seagirt Marine Terminal

64   Saguaro Construction, Inc. Analysis dated 08/26/00