# GOLDBERG, PIKE & BESCHE, P.C.

ATTORNEYS AT LAW
100 SOUTH CHARLES STREET
TOWER II, SUITE 1001
BALTIMORE, MARYLAND 21201-2728

TELEPHONE: 410-539-1004
FAX: 410-539-2392

HOWARD G. GOLDBERG*
PATRICK M PIKE†
DEBORAH K. BESCHE*
SHARON K. ENGELHARD*
-------------
ROBIN G. BANKS
MICHAEL A. SIMPSON*
BETTY S. DIENER

* ALSO MEMBER DISTRICT OF COLUMBIA BAR
† ALSO MEMBER NEW YORK BAR

PATRICK M. PIKE
ppike@gpblawfirm.com
DIRECT DIAL (410) 468-1362

November 21, 2003

**VIA E-FILING**

The Honorable Richard D. Bennett
United States District Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:   *Mid-State Surety Corporation v. Madigan Construction Co., Inc., et al.*
             Civil Action No.: AMD-00CV1037
             Our File: 0850

Dear Judge Bennett:

      I am the attorney for Plaintiff, Mid-State Surety Corporation ("Mid-State"). Mid-State filed its Motion for Summary Judgment against Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan ("Defendants") on October 31, 2003. The Defendants have not responded. The Defendants have also failed to respond to Mid-State's outstanding Requests for Admission, and have failed to comply with the requirements of the Court's latest Scheduling Order.

      Trial in this matter is currently scheduled to commence on or after February 2, 2004.

The Honorable Richard D. Bennett
November 21, 2003
Page 2 of 2

  In view of the foregoing, Mid-State respectfully requests that this Court enter summary judgment in its favor, by default.

              Respectfully,


              Patrick M. Pike

PMP/dz
cc: Madigan Construction Co., Inc.
   Paul W. Madigan
   Carolyn M. Madigan