UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**Richard D. Bennett**
**United States District Judge**
**Northern Division**

320 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

December 17, 2003

Madigan Construction Company, Inc.
c/o Paul W. Madigan, President
936 Glenangus Road
Bel Air, Maryland 21015

Mr. Paul W. Madigan
936 Glenangus Road
Bel Air, Maryland 21015

Mrs. Carolyn M. Madigan
936 Glenangus Road
Bel Air, Maryland 21015

RE: *Mid-State Surety Corporation v. Madigan Construction Co., Inc.*, et al.
Civil No. RDB 00-1037

Dear Mr. and Mrs. Madigan:

The Court's review of this file indicates that this action seeking recovery pursuant to a written agreement of indemnity has been pending since April 2000. On May 8, 2003, the Court held a conference call with counsel for the plaintiff and your former counsel, Brian S. Jablon, Esquire, to establish a schedule in the case. At that time, counsel agreed to keep four weeks available in February 2004 for the six- or seven-day trial of this case. A pretrial conference was also scheduled for January 20, 2004 at 9:30 a.m. in Baltimore.

On July 11, 2003, the Court granted Mr. Jablon leave to withdraw his appearance as counsel for the defendants. Simultaneously, a Local Rule 101.2 Notice was mailed to you on behalf of the corporation advising that if new counsel did not enter an appearance within thirty days, the Court could take appropriate action, including directing the corporation to show cause why a default should not be entered on claims asserted against it.

Counsel for the plaintiff has now advised the Court that the plaintiff served Requests for Admissions on August 21, 2003, to which you have not responded. In addition, on October 31, 2003, the plaintiff filed and served its Motion for Summary Judgment demanding judgment against both of you individually and against the corporation in the amount of $1,264,566.86.

December 17, 2003
Page two


The purpose of this letter is to advise you that the Court now intends to rule on the plaintiff's unopposed Motion for Summary Judgment. In the event that the Motion is denied, the case will proceed in accordance with the May 8, 2003 Scheduling Order, and trial will commence on February 9, 2004.

Sincerely,

Richard D. Bennett
United States District Judge

RDB/spv

cc:   Patrick M. Pike, Esquire