IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MID-STATE SURETY CORPORATION,          :
                         Plaintiff,          :
                                           :          Civil No. RDB 00-1037
v.          :
                                           :
MADIGAN CONSTRUCTION CO., INC., *et al.*,          :
                      ~~Defendants.~~          :

ORDER AND JUDGMENT

      For the reasons stated in the foregoing Memorandum Opinion, it is this sixth day of January 2004,

HEREBY ORDERED AND ADJUDGED:

1.      That Plaintiff's Motion for Summary Judgment is GRANTED AS TO COUNT I OF THE AMENDED COMPLAINT;

2.      That JUDGMENT IS ENTERED in favor of Plaintiff and against Defendants Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan, jointly, severally and individually, on Count I of the Amended Complaint in the amount of $1,264,566.86; and

3.      That the Clerk of the Court transmit copies of this Order and the Memorandum Opinion to Defendants and counsel for Plaintiff.

                                            /s/

                                    _____

                                      Richard D. Bennett
                                      United States District Judge