IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| MID-STATE SURETY CORPORATION | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.:  AMD-00CV1037 |
| MADIGAN CONSTRUCTION CO., INC., et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \*

**PLAINTIFF, MID-STATE SURETY CORPORATION'S**
**MOTION TO DISMISS**

Plaintiff, Mid-State Surety Corporation ("Mid-State"), by its attorneys, Patrick M. Pike, Michael A. Simpson, and Goldberg, Pike & Besche, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(2), moves to dismiss Counts II, III, IV, V and VI of the Amended Complaint against Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan (hereinafter the "Defendants") without prejudice, and in support thereof states:

1. Mid-State commenced this action with the filing of its initial Complaint on April 11, 2000.

2. On October 12, 2000, Mid-State filed an Amended Complaint setting forth six Counts.  COUNT I is entitled "BREACH OF CONTRACT – INDEMNIFICATION", COUNT II is entitled "BREACH OF CONTRACT – DEPOSIT OF COLLATERAL", COUNT III is entitled "COMMON LAW INDEMNITY", COUNT IV is entitled "*QUIA TIMET*", COUNT V is entitled "BREACH OF CONTRACT – TRUST AGREEMENT", and COUNT VI is entitled "CONVERSION".

3. On October 31, 2003, Mid-State moved for summary judgment on Count I of the Amended Complaint.

4. On January 6, 2004, this Court entered an "ORDER AND JUDGMENT" granting summary judgment in favor of Mid-State on Count I of the Amended Complaint, and against the Defendants, jointly and severally, in the amount of $1,264,566.86 (the "Judgment").  In view of the entry of the Judgment, and the relief previously granted by this Court in favor of Mid-State against the Defendants, Counts II, III, IV, V and VI of the Amended Complaint are currently moot.

5. The Defendants have not pled a counterclaim in this action.

6. Accordingly, Mid-State respectfully requests that Counts II, III, IV, V and VI of the Amended Complaint be dismissed, **without prejudice**.

WHEREFORE, Plaintiff, Mid-State Surety Corporation respectfully requests that this Court dismiss Counts II, III, IV, V and VI of the Amended Complaint against the Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan, without prejudice.

_____
Patrick M. Pike
Goldberg, Pike & Besche, PC
100 S. Charles Street
Tower II, Suite 1001
Baltimore, MD 21201
(410) 468-1362

Attorneys for Mid-State Surety Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this ___ day of January, 2004, that copies of Plaintiff, Mid-State Surety Corporation's Motion to Dismiss were sent by first class mail, postage prepaid, to:

Madigan Construction Company, Inc.
c/o Paul W. Madigan, President
936 Glenangus Road
Bel Air, Maryland 21015

Paul W. Madigan
936 Glenangus Road
Bel Air, Maryland 21015

Carolyn M. Madigan
936 Glenangus Road
Bel Air, Maryland 21015

_____
Patrick M. Pike