IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION    *

     Plaintiff                              *

v.                                          *     CIVIL ACTION NO.: AMD-00CV1037

MADIGAN CONSTRUCTION CO., INC.,   *
et al.
                                     *

     Defendants
                       *     *     *     *     *

## ORDER

UPON CONSIDERATION of the Motion of Plaintiff, Mid-State Surety Corporation, to dismiss Counts II, III, IV, V and VI of the Amended Complaint against Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan, without prejudice, it is this ___ day of _____, 2004;

ORDERED, that Counts II, III, IV, V and VI of the Amended Complaint are hereby dismissed, **without prejudice**.

SO ORDERED.

_____
Richard D. Bennett
United States District Judge