IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MID-STATE SURETY CORPORATION,
                Plaintiff,

v.                                                                              Civil No. RDB 00-1037

MADIGAN CONSTRUCTION CO., INC., *et al.*,
                Defendants.

## ORDER

Before the Court is the Motion of Plaintiff, Mid-State Surety Corporation, to dismiss Counts II, III, IV, V and VI of the Amended Complaint against Defendants, Madigan Construction Co., Inc., Paul W. Madigan and Carolyn M. Madigan. The Court having previously granted summary judgment in favor of Plaintiff on Counts II and IV on June 4, 2001 and on Count I on January 5, 2004, IT IS HEREBY ORDERED, this ninth day of January 2004:

    That Counts III, V and VI of the Amended Complaint are hereby dismissed without prejudice; and

2.    That the Clerk of the Court transmit copies of this Order to Defendants and counsel for Plaintiff.

/s/ Richard D. Bennett
Richard D. Bennett
United States District Judge