
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

MID-STATE SURETY CORPORATION  \*

    Plaintiff  \*

v.  \*    CIVIL ACTION NO.: AMD-00CV1037

MADIGAN CONSTRUCTION CO., INC.,  \*
et al.
    \*
    Defendants
    \*

\*   \*   \*   \*   \*   \*

## ORDER OF SATISFACTION

Dear Mr. Clerk:

    Please enter the captioned case paid, settled and satisfied.

    Patrick M. Pike
    Goldberg, Pike & Besche, PC
    100 S. Charles Street
    Tower II, Suite 1001
    Baltimore, MD 21201
    (410) 468-1362

    Attorneys for Plaintiff, Mid-State Surety Corporation

cc:     All Defendants


STE0S-1028