**FILED**
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 FEB -3 P 4: 26

CLERK'S OFFICE
AT BALT

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

FEB 02 2006

BY _____ DIST. OF MARYLAND
DEPUTY

MID-STATE SURETY CORPORATION     *

    Plaintiff     *

v.     *     CIVIL ACTION NO.: AMD-00CV1037 (RDB)

MADIGAN CONSTRUCTION CO., INC.,     *
et al.

    *

    Defendants

    *

\*   \*   \*   \*   \*   \*

### ORDER OF SATISFACTION

Dear Mr. Clerk:

    Please enter the captioned case paid, ~~settled and~~ satisfied.

_/s/ Patrick M. Pike_
Patrick M. Pike
Goldberg, Pike & Besche, PC
100 S. Charles Street
Tower II, Suite 1001
Baltimore, MD 21201
(410) 468-1362

Attorneys for Plaintiff, Mid-State Surety
Corporation

cc:    All Defendants

APPROVED, this 3rd day of February, 2006

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge